WILLIAM A. BAKER, appellant,

*v.*

CHARLES BAGNOLE et al., respondents.

[Submitted March 27th, 1916.  Decided June 19th, 1916.]

On appeal from a decree of the court of chancery advised by Advisory Master John Franklin Fort, reported in *98 Atl. Rep. 857*.

*Mr. Gaetano M. Belfatto,* for the appellant.

*Mr. Samuel Roessler* and *Messrs. Peirce & Hoover,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Advisory Master Fort.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—15.

*For reversal*—None.